# COMP

# EXHIBIT "B"

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>NINETEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>ST. LUCIE</u>   COUNTY, FLORIDA

<u>Jackie Burgess</u>
Plaintiff

Case # <u>2022CA000099</u>

Judge <u>Judge Laurie E Buchanan</u>

vs.

<u>Sams East INC dba Sams Club, Karen L'Hereux</u>
Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

### III.    TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
      ☐ Business governance
      ☐ Business torts
      ☐ Environmental/Toxic tort
      ☐ Third party indemnification
      ☐ Construction defect
      ☐ Mass tort
      ☐ Negligent security
      ☐ Nursing home negligence
      ☒ Premises liability—commercial
      ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
      ☐ Commercial foreclosure
      ☐ Homestead residential foreclosure
      ☐ Non-homestead residential foreclosure
      ☐ Other real property actions

☐Professional malpractice
      ☐ Malpractice—business
      ☐ Malpractice—medical
      ☐ Malpractice—other professional
☐ Other
      ☐ Antitrust/Trade regulation
      ☐ Business transactions
      ☐ Constitutional challenge—statute or ordinance
      ☐ Constitutional challenge—proposed amendment
      ☐ Corporate trusts
      ☐ Discrimination—employment or other
      ☐ Insurance claims
      ☐ Intellectual property
      ☐ Libel/Slander
      ☐ Shareholder derivative action
      ☐ Securities litigation
      ☐ Trade secrets
      ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

    **IV.    REMEDIES SOUGHT** (check all that apply):
    ☒ Monetary;
    ☐ Nonmonetary declaratory or injunctive relief;
    ☐ Punitive

    **V.    NUMBER OF CAUSES OF ACTION:** [  ]
    (Specify)

    2

    **VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

    **VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

    **VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Marc Bebergal        Fla. Bar # 563331
        Attorney or party        (Bar # if attorney)

Marc Bebergal        01/18/2022
    (type or print name)        Date

IN THE CIRCUIT COURT OF THE
NINTEENTH JUDICIAL CIRCUIT IN AND
FOR ST. LUCIE COUNTY, FLORIDA

**CASE NO.:** 2022CA000099
     Judge Laurie E Buchanan

JACKIE BURGESS,

     Plaintiff,

vs.

SAM'S EAST, INC., d/b/a SAM'S CLUB, a
Foreign Profit Corporation, and KAREN
L'HEREUX, as Manager,

     Defendants.

_____/

## COMPLAINT

**COMES NOW** the Plaintiffs, JACKIE BURGESS, by and through their undersigned

attorneys, and hereby sue the Defendants, SAM'S EAST, INC., and KAREN L'HEREUX, and

alleges as follows:

## GENERAL ALLEGATIONS

1.     This is an action for damages in excess of the sum of Thirty Thousand and One

($30,001.00) Dollars, exclusive of costs, interest and attorney's fees.

2.     At all times material hereto, the Plaintiff, JACKIE BURGESS, was a resident of St.

Lucie County, Florida

3.     At all times material hereto, the Defendant, SAM'S EAST, INC., was a foreign

corporation duly licensed and authorized to conduct business in the State of Florida, and doing

business in St. Lucie County, Florida.

4.     At all times material hereto, Defendant, SAM'S EAST, INC., was doing business as

"SAM'S CLUB" at the location of 1750 SW Gatlin Blvd, Port St. Lucie, FL 34953.

5.    At all times material hereto, the Defendant, KAREN L'HEREUX, was the manager of the Defendant, SAM'S EAST, INC., at the subject store where the Plaintiff's incident occurred.

### COUNT I – NEGLIGENCE CLAIM AGAINST DEFENDANT, SAM'S EAST, INC.

6.    The Plaintiff, Jackie Burgess, hereby realleges and reavers each and every General Allegation contained in paragraphs 1- 5, above, as though fully set forth herein.

7.    On or about September 10, 2018, the Defendant, SAM'S EAST, INC., owned, operated, managed and/or was in control of a business located at 1750 SW Gatlin Blvd, Port St. Lucie, FL 34953, St. Lucie County, Florida and known as SAM'S CLUB.

8.    At the time and place aforesaid, the Plaintiff was legally upon the property of the Defendant as a business invitee and as a member of the general public that was expressly or impliedly invited upon said premises for the benefit of the Defendant and was injured when he was walking out of Sam's Club and slipped and fell on a wet slippery concrete surface at the main entrance doorway.

9.    At the time and place aforesaid, the Defendant, through its agents, servants and/or employees, while acting within the scope and course of such agency or employment, were negligent in one or more of the following ways:

a.    Failing to maintain the premises and/or its areas of ingress and egress in a reasonably safe condition.

b.    Failing to correct a dangerous condition that it knew or reasonably should have known existed.

c.    Failing to warn plaintiff about a dangerous condition that the defendant reasonably did or reasonably should have had superior knowledge about and that plaintiff did not know existed.

d.   Failing to correct a dangerous condition that occurred with regularity and that was therefore foreseeable.

e.   Failing to train its employees in the proper methods of inspecting for, cleaning up and/or warning about a dangerous condition that the defendant knew or should have known existed or that occurred with regularity and that was therefore foreseeable.

f.   Creating the condition by its business activities and the activities of its agents, employees, vendors, suppliers and/or authorized representatives.

g.   By engaging in a negligent or unreasonable mode of business operation.

h.   In constructing, repairing, replacing or maintaining its premises in violation of applicable building codes, statutes and ordinances.

i.   The condition occurred with regularity and was therefore foreseeable.

10.    The Defendant, SAM'S EAST, INC., had actual or constructive knowledge of the dangerous condition and failed to take action to remedy it.

11.    The Defendant, SAM'S EAST, INC., its agents, servants, and/or employees acting within the course and scope of such agency, service or employment, had a non-delegable duty to the general public to properly maintain said premises in a reasonably safe condition for the general public while they were on the premises, especially in view of the fact that such condition was known or should have been known to the Defendant.

12.    As a direct and proximate result of the negligence of Defendant, SAM'S EAST, INC., the Plaintiff, Jackie Burgess, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of any pre-existing condition.  The losses

are either permanent or continuing in nature and Plaintiff will suffer the losses and impairment in the future.

      **WHEREFORE**, Plaintiff demands judgment for damages against the Defendant, SAM'S EAST, INC., plus costs and post judgment interest and further demands trial by jury.

<u>**COUNT II – NEGLIGENCE CLAIM AGAINST DEFENDANT, KAREN L'HEREUX**</u>

      13.    The Plaintiff, Jackie Burgess, hereby realleges and reavers each and every General Allegation contained in paragraphs 1- 5, above, as though fully set forth herein.

      14.    On or about September 10, 2018, the Defendant, KAREN L'HEREUX, operated, managed and/or was in control of a business located at 1750 SW Gatlin Blvd, Port St. Lucie, FL 34953, St. Lucie County, Florida and known as SAM'S CLUB.

      15.    At the time and place aforesaid, the Plaintiff was legally upon the property of the Defendant as a business invitee and as a member of the general public that was expressly or impliedly invited upon said premises for the benefit of the Defendant and was injured when he was walking out of Sam's Club and slipped and fell on a wet slippery concrete surface outside of main entrance doorway.

      16.    At the time and place aforesaid, the Defendant, through its agents, servants and/or employees, while acting within the scope and course of such agency or employment, were negligent in one or more of the following ways:

    a.   Failing to maintain the premises and/or its areas of ingress and egress in a reasonably safe condition.

    b.   Failing to correct a dangerous condition that it knew or reasonably should have known existed.

c. Failing to warn plaintiff about a dangerous condition that the defendant reasonably did or reasonably should have had superior knowledge about and that plaintiff did not know existed.

d. Failing to correct a dangerous condition that occurred with regularity and that was therefore foreseeable.

e. Failing to train its employees in the proper methods of inspecting for, cleaning up and/or warning about a dangerous condition that the defendant knew or should have known existed or that occurred with regularity and that was therefore foreseeable.

f. Creating the condition by its business activities and the activities of its agents, employees, vendors, suppliers and/or authorized representatives.

g. By engaging in a negligent or unreasonable mode of business operation.

h. In constructing, repairing, replacing or maintaining its premises in violation of applicable building codes, statutes and ordinances.

i. The condition occurred with regularity and was therefore foreseeable.

17.     The Defendant, KAREN L'HEREUX, had actual or constructive knowledge of the dangerous condition and failed to take action to remedy it.

18.     The Defendant, KAREN L'HEREUX, its agents, servants, and/or employees acting within the course and scope of such agency, service or employment, had a non-delegable duty to the general public to properly maintain said premises in a reasonably safe condition for the general public while they were on the premises, especially in view of the fact that such condition was known or should have been known to the Defendant.

19.     As a direct and proximate result of the negligence of Defendant, KAREN L'HEREUX, the Plaintiff suffered bodily injury and resulting pain and suffering, disability,

disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of any pre-existing condition.  The losses are either permanent or continuing in nature and Plaintiff, Jackie Burgess, will suffer the losses and impairment in the future.

      **WHEREFORE**, Plaintiff demands judgment for damages against the Defendant, KAREN L'HEREUX, plus costs and post judgment interest and further demands trial by jury.

DATED: January 18, 2022.

                    Law Offices of Craig Goldenfarb
                    Attorneys for Plaintiff
                    1800 South Australian Avenue
                    Suite 400
                    West Palm Beach, FL 33409
                    (561) 697-4440 / Fax: (561) 687-1950

                    By:*/s/ Marc Bebergal*
                    MARC L. BEBERGAL, ESQ.
                    FL Bar No.: 563331
                    burgessjackie5544221@projects.filevine.com
                    mbebergal@800goldlaw.com
                    cvasquez@800goldlaw.com

CIVIL ACTION SUMMONS

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT IN
AND FOR ST. LUCIE COUNTY,
FLORIDA

**CASE NO.:** 2022CA000099
Judge Laurie E Buchanan
JACKIE BURGESS,

      Plaintiff,

vs.

SAM'S EAST, INC., d/b/a SAM'S CLUB,
a Foreign Profit Corporation, and KAREN
L'HEREUX, Manager,

      Defendants.

_____/

**SUMMONS**

To Defendant:   SAM'S EAST, INC., d/b/a SAM'S CLUB, a Foreign Profit Corporation
By Serving:      C T CORPORATION SYSTEM, Registered Agent
             1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint/Petition with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

MARC L. BEBERGAL, ESQUIRE
LAW OFFICES OF CRAIG GOLDENFARB, P.A.
1800 S. Australian Ave., Suite 400
West Palm Beach, FL 33409
Fla. Bar No. 563331
(561) 697-4440

THE STATE OF FLORIDA

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the complaint/petition in this lawsuit on the above-named Defendant(s).

Each defendant is required to serve written defenses to the complaint or petition on

      MARC L. BEBERGAL, ESQ.
      LAW OFFICES OF CRAIG GOLDENFARB

Plaintiff's attorney, whose address is:

      1800 S. Australian Avenue, Suite 400
      West Palm Beach, FL 33409
      (561) 697-4440

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on _____, 2022.

                       As Clerk of the Court

(Seal)

                    By_____
                        As Deputy Clerk

<u>IMPORTANTE</u>

Usted ha sido demandado legalmente.  Tiene 20 Dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no concoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

<u>IMPORTANT</u>

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes oblige de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le triunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

CIVIL ACTION SUMMONS

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT IN
AND FOR ST. LUCIE COUNTY,
FLORIDA

**CASE NO.:** 2022CA000099
Judge Laurie E Buchanan
JACKIE BURGESS,

      Plaintiff,

vs.

SAM'S EAST, INC., d/b/a SAM'S CLUB,
a Foreign Profit Corporation, and KAREN
L'HEREUX, Manager,

      Defendants.

_____/

### SUMMONS

To Defendant:       KAREN L'HEREUX, Manager
By Serving:         1750 SW Gatlin Blvd, Port St. Lucie, FL 34953

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint/Petition with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

MARC L. BEBERGAL, ESQUIRE
LAW OFFICES OF CRAIG GOLDENFARB, P.A.
1800 S. Australian Ave., Suite 400
West Palm Beach, FL 33409
Fla. Bar No. 563331
(561) 697-4440

THE STATE OF FLORIDA

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the complaint/petition in this lawsuit on the above-named Defendant(s).

Each defendant is required to serve written defenses to the complaint or petition on

     MARC L. BEBERGAL, ESQ.
     LAW OFFICES OF CRAIG GOLDENFARB

Plaintiff's attorney, whose address is:

     1800 S. Australian Avenue, Suite 400
     West Palm Beach, FL 33409
     (561) 697-4440


within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on _____, 2022.

                       As Clerk of the Court

(Seal)

                    By_____
                        As Deputy Clerk

<u>IMPORTANTE</u>

Usted ha sido demandado legalmente.  Tiene 20 Dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no concoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

<u>IMPORTANT</u>

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes oblige de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le triunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Filing # 142143853 E-Filed 01/18/2022 12:13:43 PM

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT IN
AND FOR ST. LUCIE COUNTY,
FLORIDA

**CASE NO.:** 2022CA000099

JACKIE BURGESS,

     Plaintiff,

vs.

SAM'S EAST, INC., d/b/a SAM'S CLUB,
a Foreign Profit Corporation, and KAREN
L'HEREUX, Manager,

     Defendants.

_____/

## PLAINTIFF'S NOTICE OF SERVING INSURANCE INTERROGATORIES TO DEFENDANT, SAM'S EAST, INC., d/b/a SAM'S CLUB

**COMES NOW** the Plaintiff, JACKIE BURGESS, by and through the undersigned counsel, and make notice of serving Insurance Interrogatories to Defendant, SAM'S EAST, INC., d/b/a SAM'S CLUB.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via process server with the Complaint and Summons.

LAW OFFICES OF CRAIG GOLDENFARB, P.A.
*Attorney for Plaintiff(s)*
1800 S. Australian Ave., Suite 400
West Palm Beach, FL 33409
(561) 697-4440

By: */s/ Marc Bebergal*_____
MARC L. BEBERGAL, ESQ.
FL Bar No. 563331
burgessjackie5544221@projects.filevine.com
mbebergal@800goldlaw.com
cvasquez@800goldlaw.com

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT IN
AND FOR ST. LUCIE COUNTY,
FLORIDA

**CASE NO.:** 2022CA000099

JACKIE BURGESS,

      Plaintiff,

vs.

SAM'S EAST, INC., d/b/a SAM'S CLUB,
a Foreign Profit Corporation, and KAREN
L'HEREUX, Manager,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF SERVING PREMISES INTERROGATORIES TO DEFENDANT, SAM'S EAST, INC.

**COMES NOW** the Plaintiff, JACKIE BURGESS, by and through the undersigned counsel, and hereby gives notice of serving Premises Interrogatories numbered one through twenty-five (1 - 25) to Defendant, SAM'S EAST, INC., d/b/a SAM'S CLUB.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via process server with the Complaint and Summons.

LAW OFFICES OF CRAIG GOLDENFARB, P.A.
*Attorney for Plaintiff(s)*
1800 S. Australian Ave., Suite 400
West Palm Beach, FL 33409
(561) 697-4440

By: */s/ Marc Bebergal*
MARC L. BEBERGAL, ESQ.
FL Bar No. 563331
burgessjackie5544221@projects.filevine.com
mbebergal@800goldlaw.com
cvasquez@800goldlaw.com

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT IN
AND FOR ST. LUCIE COUNTY,
FLORIDA

**CASE NO.:** 2022CA000099

JACKIE BURGESS,

      Plaintiff,

vs.

SAM'S EAST, INC., d/b/a SAM'S CLUB,
a Foreign Profit Corporation, and KAREN
L'HEREUX, Manager,

      Defendants.

_____/

## PLAINTIFF'S PREMISES REQUEST FOR PRODUCTION
## TO DEFENDANT, SAM'S EAST, INC.

**COMES NOW** the Plaintiff, JACKIE BURGESS, by and through undersigned counsel, and hereby requests the Defendant, SAM'S EAST, INC., to produce for inspection and/or photocopying within forty-five (45) days from the date of service of this Request, pursuant to Florida Rules of Civil Procedures, at the Law Offices of Craig Goldenfarb, P.A., the following:

1.      The Table(s) of Contents for any and all manuals or guidelines governing the conduct of any employees in effect on 9/10/2018, including employee training manuals.

2.      Any photographs or video in any form of media, taken by or on behalf of the Defendant, that relate to the parties and/or the entire store or location of the occurrence, including but not limited to, in-store photos or video, from two (2) hours before to one (1) hour after the subject accident. (Including, but not limited to the actual incident).

3.      Any and all written or recorded statements obtained from, or signed by, the Plaintiff.

4.      Any/all full and complete liability insurance policies in effect on 9/10/2018 including excess or umbrella policies.

5.     Any and all denial of coverage, or reservation of rights letters from your insurance carrier(s).

6.     Any zone log, inspection log, or other form of inspection record from the period 24 hours before the accident, up to and including the entire day of the accident, and 24 hours after the accident, for the area of the subject location where the Plaintiff had the subject incident.

7.     Any post-accident photographs or video in any form or media of the Plaintiff, including, but not limited to, "surveillance" photographs or video, taken by any person or entity.

8.     Any/all correspondence, e-mails, texts, letters, or other communications between the Plaintiff and Defendant, or between Plaintiff and Defendant's insurance company, or between Plaintiff and Defendant's adjusters or investigators, from any point in time.  (***This request is NOT asking for any work product or attorney client correspondence, it is ONLY requesting documents sent to or received by Plaintiff***).

9.     Any/all job descriptions, in effect on the date of the subject incident, for any employees at or near the scene of the subject incident from one hour before, to one hour after, the subject incident.

10.     Any/all documents showing the existence of any slip and fall injury claims (workers comp or liability) made by employees or customers at the entire subject store location for 2 years prior to  9/10/2018.

11.     Any/all store policies in effect on 9/10/2018 at the subject store regarding what shoes or footwear employees were supposed to wear.  If such policies are pursuant to some OSHA or other standard, rule, or regulation, please provide a copy of such standard.

12.     Any/all communications from or to any witnesses to the subject incident.

13.     For any accidents <u>after</u> the subject accident of 9/10/2018, where an employee or customer slipped and/or fell on a transitory foreign object or substance, please provide:

a.     Address, telephone number, e-mail address and date of birth of the employee or customer;

b.     Location of the fall within the store;

c.     Claim number of the claim, if any;

d.     The case number and the County in which the lawsuit was filed, if any;

e.     Name/address of their lawyer, if any;

f.     Whether the person was a customer or employee;

g.     The identity of the cause of the fall (i.e., the identity of the transitory object or substance).

<u>Glanzberg v. Kauffman</u>, 788 So.2d 252 (Fla. 4th DCA 2000); <u>Criswell v. Best Western</u>, 636 So.2d 562 (Fla. 3d DCA 1994).

14.     Any/all documents that show the layout of the entire Defendant's premises on 9/10/2018, including the scene of the accident, in its original format and size.  If there is a reasonable cost in producing such document in its original form and size, please produce this document, along with an invoice for such reproduction, or provide an electronic version of same.

15.     Any/all incident or accident reports for the subject incident.  If objected to, please provide a privilege log, identifying the number of pages of such document(s), the date produced, by whom, and whose possession the subject report(s) are in, so that an in-camera inspection can occur, if necessary.

16.     Any/all documents or diagrams or photographs showing which products were on the entire aisle <u>and</u> which products were displayed at the precise location where Plaintiff's incident occurred, including but not limited to, any merchandising plans.

17.     Any/all documents or diagrams showing any sampling stands, outside vendor booths or stands, or other such stands, in the area of the store where the incident occured, that were present on the date of the subject incident.

18.     Any/all repair or maintenance records, or other documents, concerning leaks of any sort from any roofing or machinery or coolers or refrigeration or heating, ventilation or air conditioning systems, at or near the location of the Plaintiff's incident, for 6 mo. before and one week after, the subject incident.

19.     Pictures of any/all warning or floor safety devices (cones, signs, floor mats or other) allegedly warning the Plaintiff of any danger, allegedly present in the Defendant's premises on the date of Plaintiff's incident.

20.     An actual exemplar of any actual warning signs or floor safety devices, including cones or signs or floor safety mats, that were available in the subject store on the date of the subject incident.  If the Defendant is willing to provide same for inspection in lieu of production, please indicate so, so that such an inspection may be arranged.

21.     Any documents or diagrams, showing where floor safety mats were located in the subject store on the date of the Plaintiff's incident.

22.     Any/all purchase orders, receipts, invoices, or other documents identifying the warning signs or floor safety devices that were available and present in the Defendant's premises on the date of the Plaintiff's incident, including but not limited to, cones, wet floor signs, safety mats, or other warning or safety devices.

23.     Any/all manager or management training videos or manuals or other training documents regarding store safety or prevention of accidents or injuries in effect for a two year period prior to 9/10/2018.

24.     Any/all employee training videos or manuals or other training documents regarding store safety or prevention of accidents or injuries in effect for a two year period prior to 9/10/2018.

25.     Any/all in house meeting notes, syllabi, memos, handouts, e-mails, minutes, or videos for ongoing employee and manager training, regarding store safety from a period two years before 9/10/2018, for the subject store.

26.     Any external evaluations or inspections concerning issues of store safety performed by an outside insurance company, business, vendor, government agency (including OSHA) of the subject store for a period of three years before 9/10/2018.

27.     Any internal evaluations or inspections concerning issues of store safety performed by the Defendant, of the subject store, by the Defendant or its corporate parent or subsidiaries, for a period of three years before 9/10/2018.

28.     The entire personnel file, **with social security number and personal health information** redacted, of all of Defendant's employees identified as having knowledge of the subject incident, by the Defendant, in response to Plaintiff's interrogatories.

29.     Defendant's accident reporting protocol or guidelines for the subject store, in effect on the date of Plaintiff's incident.

30.     Defendant's video preservation protocol or guidelines for the subject store, in effect on the date of the Plaintiff's incident.

31.     Defendant's spill response protocol or guidelines for the subject store, in effect on the date of Plaintiff's incident.

32.     Please produce a privilege log for any and all documents objected to based on any privilege in the above request to produce.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via process

server with the Complaint and Summons.

LAW OFFICES OF CRAIG GOLDENFARB, P.A.
*Attorney for Plaintiff(s)*
1800 S. Australian Ave., Suite 400
West Palm Beach, FL 33409
(561) 697-4440

By:*/s/ Marc Bebergal*
MARC L. BEBERGAL, ESQ.
FL Bar No. 563331
burgessjackie5544221@projects.filevine.com
mbebergal@800goldlaw.com
cvasquez@800goldlaw.com

Filing # 142143853 E-Filed 01/18/2022 12:13:43 PM

CIVIL ACTION SUMMONS

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT IN
AND FOR ST. LUCIE COUNTY,
FLORIDA

**CASE NO.:** 2022CA000099
Judge Laurie E Buchanan
JACKIE BURGESS,

      Plaintiff,

vs.

SAM'S EAST, INC., d/b/a SAM'S CLUB,
a Foreign Profit Corporation, and KAREN
L'HEREUX, Manager,

      Defendants.

_____/

**SUMMONS**

To Defendant:    SAM'S EAST, INC., d/b/a SAM'S CLUB, a Foreign Profit Corporation
By Serving:      C T CORPORATION SYSTEM, Registered Agent
              1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint/Petition with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

MARC L. BEBERGAL, ESQUIRE
LAW OFFICES OF CRAIG GOLDENFARB, P.A.
1800 S. Australian Ave., Suite 400
West Palm Beach, FL 33409
Fla. Bar No. 563331
(561) 697-4440

THE STATE OF FLORIDA

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the complaint/petition in this lawsuit on the above-named Defendant(s).

Each defendant is required to serve written defenses to the complaint or petition on

      MARC L. BEBERGAL, ESQ.
      LAW OFFICES OF CRAIG GOLDENFARB

Plaintiff's attorney, whose address is:

      1800 S. Australian Avenue, Suite 400
      West Palm Beach, FL 33409
      (561) 697-4440

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on _____ January 19 _____, 2022.

                    MICHELLE R. MILLER, CLERK AND COMPTROLLER
                        As Clerk of the Court

(Seal)

                    By _____
                        As Deputy Clerk

<u>IMPORTANTE</u>

Usted ha sido demandado legalmente.  Tiene 20 Dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no concoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

<u>IMPORTANT</u>

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes oblige de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le triunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

CIVIL ACTION SUMMONS

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT IN
AND FOR ST. LUCIE COUNTY,
FLORIDA

**CASE NO.:** 2022CA000099
Judge Laurie E Buchanan

JACKIE BURGESS,

      Plaintiff,

vs.

SAM'S EAST, INC., d/b/a SAM'S CLUB,
a Foreign Profit Corporation, and KAREN
L'HEREUX, Manager,

      Defendants.

_____/

### SUMMONS

To Defendant:     KAREN L'HEREUX, Manager
By Serving:      1750 SW Gatlin Blvd, Port St. Lucie, FL 34953

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint/Petition with the Clerk of this Court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

MARC L. BEBERGAL, ESQUIRE
LAW OFFICES OF CRAIG GOLDENFARB, P.A.
1800 S. Australian Ave., Suite 400
West Palm Beach, FL 33409
Fla. Bar No. 563331
(561) 697-4440

THE STATE OF FLORIDA

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the complaint/petition in this lawsuit on the above-named Defendant(s).

Each defendant is required to serve written defenses to the complaint or petition on

      MARC L. BEBERGAL, ESQ.
      LAW OFFICES OF CRAIG GOLDENFARB

Plaintiff's attorney, whose address is:

      1800 S. Australian Avenue, Suite 400
      West Palm Beach, FL 33409
      (561) 697-4440

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on _____January 19_____, 2022.

                    MICHELLE R. MILLER, CLERK AND COMPTROLLER
                        As Clerk of the Court

(Seal)

                  By _____
                      As Deputy Clerk

<u>IMPORTANTE</u>

Usted ha sido demandado legalmente.  Tiene 20 Dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no concoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

<u>IMPORTANT</u>

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes oblige de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le triunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

## <u>RETURN OF SERVICE</u>

| State of Florida | County of Saint Lucie | Circuit Court |
|---|---|---|

Case Number: 2022CA000099

Plaintiff: **Jackie Burgess**
vs.
Defendant: **Sam's East, Inc., d/b/a Sam's Club, et al.**

For:
Craig Goldenfarb, P.A., Law Offices of
1800 S Australian Avenue
Suite 400
West Palm Beach, FL 33409

Received by Joseph S. Marker on the 21st day of January, 2022 at 2:47 pm to be served on **Sam's East, Inc., d/b/a Sam's Club, s/o CT Corporation System, Registered Agent, 1200 South Pine Island Road, Plantation, FL 33324**.

I, Joseph S. Marker, do hereby affirm that on the **24th day of January, 2022** at **2:12 pm, I:**

**CORPORATE** served by delivering a true copy of the **Summons, Complaint, Plaintiff's Notice of Serving Interrogatories to Defendant, Interrogatories, Plaintiff's Notice of Serving Insurance Interrogatories to Defendant, Insurance Interrogatories, and Plaintiff's Request for Production to Defendant** with the date and hour of service endorsed thereon by me, to: **Monica Myrick** as **Intake Agent** for **Sam's East, Inc., d/b/a Sam's Club, s/o CT Corporation System, Registered Agent**, at the address at the address of: **1200 South Pine Island Road, Plantation, FL 33324**, and informed said person of person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 34, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 130, Hair: Black, Glasses: N

I certify that I am of legal age, I have no interest in the above action and that I am a Special Process Server in good standing in the Judicial Circuit in which the process was served. Under penalty of perjury, I declare that I have read the forgoing return of service and that the facts stated in it are true per F.S. 92.525.

_____
**Joseph S. Marker**
Special Process Server

**De Novo Attorney Services, Inc.**
**info@denovoattorneyservices.com**
**610 Bosley Avenue, Suite 207**
**Baltimore, MD 21204**
**(800) 846-9696**

Our Job Serial Number: NOV-2022000343
Ref: Burgess

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2e

## AFFIDAVIT OF SERVICE

**State of Florida**                    **County of Saint Lucie**                    **Circuit Court**

Case Number: 2022CA000099

Plaintiff:
**Jackie Burgess**

vs.

Defendant:
**Sam's East, Inc., d/b/a Sam's Club, et al.**

For:
Craig Goldenfarb, P.A., Law Offices of
1800 S Australian Avenue
Suite 400
West Palm Beach, FL 33409

Received by De Novo Attorney Services on the 21st day of January, 2022 at 2:54 pm to be served on **Katherine L'Hereux, Manager, 1750 SW Gatlin Blvd., Port St. Lucie, FL 34953.**

I, Sherry Walker, being duly sworn, depose and say that on the **10th day of February, 2022 at 10:40 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons, and Complaint** with the date and hour of service endorsed thereon by me, to: **Karen L'Hereux** at the alternate address of: **269 SW Parish Ter., Port St. Lucie, FL 34984,** and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
1/26/2022 2:56 pm Attempted service at 1750 SW Gatlin Blvd., Port St. Lucie, FL 34953, no longer here. Retired 2 months ago.
2/10/2022 10:40 am Attempted service at the alternate address of 269 SW Parish Ter., Port St. Lucie, FL 34984, where service was completed. She advised her name is Karen. Not Katherine

**Description of Person Served:** Age: 56, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 230, Hair: Blonde, Glasses: N

Under penalties of perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which service was effected in accordance with State statutes.

Subscribed and Sworn to before me on the 10th day
of February, 2022 by the affiant who is personally
known to me.  Signed at Martin County, Florida.

_Elizabeth McIntyre Williams_
**NOTARY PUBLIC**

Notary Public State of Florida
Elizabeth McIntyre-Williams
My Commission GG 914940
Expires 09/22/2023

**Sherry Walker**
Process Server 08-53

**De Novo Attorney Services**
**(800) 846-9886**

Our Job Serial Number: NOV-2022000344
Ref: Burgess

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1u



Case 2:22-cv-14074-KMM   Document 1-3   Entered on FLSD Docket 02/23/2022   Page 33 of 34

TH JUDICIAL CIRCUIT IN AND FOR ST. LUCIE COUNTY, FLORIDA

CASE NO.: 2022CA000099AXXX

JACKIE BURGESS,

     Plaintiff,

Vs.

SAM'S EAST, INC., d/b/a SAM'S CLUB,
a Foreign Profit Corporation, and
KAREN L'HEREUX, as Manager,
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF PRIMARY AND SECONDARY EMAIL ADDRESSES

     The Defendants, SAM'S EAST, INC., d/b/a SAM'S CLUB and KAREN L'HEREUX ("Defendants") hereby give notice that Gregory A. Reed, Esq. and Julian Smothers, Esq., with the law firm of Simon, Reed & Salazar, P.A., 9130 South Dadeland Boulevard, Suite 1209, Miami, FL 33156, are counsel of record. All pleadings, notices, filings, and motions, etc. should be served upon Mr. Reed and Mr. Smothers, as counsel for Defendants. In addition, in accordance with Florida Rule of Civil Procedure 1.080, the law firm of Simon, Reed & Salazar, P.A. hereby designate their Primary and Secondary email addresses and requests that copies of all orders, process, pleadings, and other documents filed or served in this matter be served on the Primary and Secondary email addresses listed below, with such service electronically through E-Portal and email complying with Rule 2.516(b)(1)(E).

| **PRIMARY** | **SECONDARY** |
|---|---|
| Gregory A. Reed, Esq. greed@simonreedlaw.com | Yahaira Herrera, Esq. yherrera@simonreedlaw.com |
| Julian Smothers, Esq. jsmothers@simonreedlaw.com | Yahaira Herrera, Esq. yherrera@simonreedlaw.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been filed electronically and sent by e-mail from the Florida Courts' E-Filing Portal system, February 21, 2022 and served upon: Marc L. Bebergal, Esq., Law Offices of Craig Goldenfarb, 1800 South Australian Avenue, Suite 400, West Palm Beach, FL 33409, burgessjackie5544221@projects.filevine.com; mbebergal@800goldlaw.com; cvasguez@800goldlaw.com.

SIMON, REED & SALAZAR, P.A.
*Attorneys for Defendants*
Two Datran Center - Suite 1209
9130 S. Dadeland Blvd.
Miami, Florida 33156
Tel.: (305) 670-0776
Fax: (305) 670-0731

By: _____
GREGORY A. REED
Florida Bar No. 0074251
Primary e-mail: greed@simonreedlaw.com
Secondary e-mail: yherrera@simonreedlaw.com
JULIAN M. SMOTHERS
Florida Bar No. 0630640
Primary e-mail: jsmothers@simonreedlaw.com
Secondary e-mail: yherrera@simonreedlaw.com

2