# EXHIBIT "C"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.:

JACKIE BURGESS,

    Plaintiff,

vs.

SAM'S EAST, INC. D/B/A SAM'S CLUB, a
Foreign profit Corporation, and KAREN
L'HEREUX, as Manager

    Defendants.
_____/

## **DECLARATION OF KAREN L'HEUREUX**

I, Karen L'Heureux, hereby declare as follows:

1. I am *sui juris*, over the age of eighteen (18) years and make this declaration based upon my own personal knowledge.

2. I previously served as a Member Service Assistant Manager of the Sam's Club store located at 1750 SW Gatlin Blvd. in Port St. Lucie, Florida, and was employed with the club on September 10, 2018, when the accident occurred which is the subject of the action, Jackie Burgess v. Sam's East, Inc. D/B/A Sam's Club and Karen L'Hereux.

3. I am no longer employed by Sam's Club as of October 15, 2021.

4. I have no personal knowledge of this incident, and I was not aware of this incident until I was served with the lawsuit in this matter.

5. Based information that has been presented to me, the accident involving Jackie Burgess occurred in what is known as the vestibule.

6. The daily tasks of inspecting and cleaning the vestibule are not performed by the Member Service Assistant Manager, and I did not inspect or clean the vestibule on September 10, 2018.

7. I played no role in any of the events giving rise to the accident that is the subject of Jackie Burgess v. Sam's East, Inc. D/B/A Sam's Club and Karen L'Hereux.

8. I was not in the vestibule when the alleged accident occurred.

9. I cannot see the vestibule from my vantage point in the club.

10. I had no knowledge of any hazardous condition in the vestibule of the subject club on September 10, 2018.

11. I consent to the removal of Jackie Burgess v. Sam's East, Inc. D/B/A Sam's Club and Karen L'Hereux to the United States District Court for the Southern District of Florida.

This ends my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 23rd February 2022.

_____
Karen L'Heureux