# EXHIBIT "D"

DOCKYARD EMERG PHYSICIANS LLC       LUC      **_STATEMENT OF ACCOUNT_** ( 0 )      Page **1**
PO BOX 37855
PHILADELPHIA, PA 19101-7855

*Statement Date:* 03/01/19

| | |
|---|---|
| *Account Number:* | ███████████ |
| *Patient Name:* | JACKIE L BURGESS |
| *Access Code:* | ███████████ |

JACKIE L BURGESS

| | |
|---|---|
| *Due Date:* | **03/21/19** |
| *Amount You Owe:* | **$1,977.00** |

*Pay Online*
WWW.MYMEDICALPAYMENTS.COM
1-800-355-2470  MON-FRI  9:30AM - 4:00PM

*Services provided at:*

**_ST LUCIE MED CTR FREESTANDING ED - 3275 SW DARWIN BLVD - PORT SAINT LUCIE FL 34953-3317_**

| Date of Service | CPT Code | Description | Provider | Charges | Payments or Adjustments | Explanation | Amount You Owe |
|---|---|---|---|---|---|---|---|
| 09/10/2018 | 99285 | EMERG INJURY EVAL & MGMT-LVL 5 | DR. HOURI | $1,977.00 | $0.00 | | $1,977.00 |

THIS STATEMENT MAY NOT REFLECT ANY PAYMENTS YOU MADE AT TIME OF SERVICE.

| | |
|---|---|
| *Total Charges:* | $1,977.00 |
| *Current Patient Responsibility:* | $1,977.00 |

Insurance 2: HRI SUBROGATION - HRI SUBROGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR REMITTANCE.*
*Pay Online*
WWW.MYMEDICALPAYMENTS.COM

| | |
|---|---|
| *Statement Date:* | 03/01/19 |
| *Account Number:* | ███████████ |
| *Patient Name:* | JACKIE L BURGESS |

| | |
|---|---|
| *Payment Due By:* | 03/21/19 |
| *Amount Due:* | $1,977.00 |
| *Amount Enclosed:* | |

*Guarantor:*

JACKIE L BURGESS

| | | |
|---|---|---|
| **PAY** | **$1,977.00** | **BY DUE DATE** |

12210300007489869030000000000000000000

☐ *If your address has changed, check this box and complete the reverse side of this form.*

*Make Check/Money Order payable to:*

**DOCKYARD EMERG PHYSICIANS LLC       LUC
PO BOX 37855
PHILADELPHIA, PA 19101-7855**

01/19/2021

```
PATIENT NO:                    ST LUCIE MEDICAL CENTER  BILLING DATE    PAGE   1   00476
MED REC NO:         ███████    1800 SE TIFFANY AVENUE       09/14/18
GUARANTOR NO:
PATIENT:                       PR ST LUCIE                  FL 349527521    ADMITTED    DISCHARGED
BURGESS JACKIE L                                                           09/10/18    09/10/18

PAY TO ADDRESS:     ST LUCIE MEDICAL CENTER
                    PO BOX 409001
                    ATLANTA
                    GA 303849001

BILL TO:
    BURGESS JACKIE L              EMERGENCY                  FC-15
    ████████████████              ADMIT THRU DISCHARGE CLAIM


DATE OF  BATCH      F       NDC/CPT-4/
SERVICE  REF   DEPT S PROC   HCPCS           QTY SERVICE DESCRIPTION       CHARGES

    259-PHARMACY OTHER
091018 10B156  0712  594506  68084089511      1 HYDROCO/APAP 5/325MG T       9.00
                                                            SUBTOTAL:        9.00
    320-DX X-RAY
091018 10B176  0721  793172  73590RT          1 XR TIBIA/FIBULA 2 V RT    1203.00
091018 10B176  0721  793171  73590LT          1 XR TIBIA/FIBULA 2 V LT    1203.00
                                                            SUBTOTAL:     2406.00
    350-CT SCAN
091018 10B158  0721  793057  72131            1 CT L-SPINE W/O CONTRAS    5460.00
091018 10B158  0721  793052  72125            1 CT C-SPINE W/O CONTRAS    5460.00
                                                            SUBTOTAL:    10920.00
    351-CT SCAN/HEAD
091018 10B158  0721  792986  70450            1 CT HEAD/BRAIN W/O CONT    5460.00
                                                            SUBTOTAL:     5460.00
    450-EMERGENCY ROOM
091018 12BC6D  0781  596296  99284            1 LVL 4 EMER DEPT           1958.00
                                                            SUBTOTAL:     1958.00

                            TOTAL ANCILLARY CHARGES        20753.00
```

A FOR PROFIT TAX PAYING HOSPITAL LICENSED BY THE STATE
OF FLORIDA   ID  62-1113740

```
PATIENT NO:                 ST LUCIE MEDICAL CENTER   BILLING DATE   PAGE   2   00476
MED REC NO:         ███████  1800 SE TIFFANY AVENUE       09/14/18
GUARANTOR NO:
PATIENT:                    PR ST LUCIE                FL 349527521   ADMITTED    DISCHARGED
BURGESS JACKIE L                                                      09/10/18    09/10/18
```

```
                    TOTAL CHARGES        20753.00
                         PAYMENTS             .00
                      ADJUSTMENTS             .00
                          BALANCE        20753.00
```

A FOR PROFIT TAX PAYING HOSPITAL LICENSED BY THE STATE
OF FLORIDA  ID  62-1113740

```
PATIENT NO:                    ST LUCIE MEDICAL CENTER   BILLING DATE   PAGE   3    00476
MED REC NO:                    1800 SE TIFFANY AVENUE        09/14/18
GUARANTOR NO:
PATIENT:                       PR ST LUCIE             FL 349527521   ADMITTED    DISCHARGED
BURGESS JACKIE L                                                      09/10/18    09/10/18
```

```
                    DEPARTMENTAL CHARGE SUMMARY
              DEPT      DESCRIPTION              AMOUNT

              0712    PHARMACY                     9.00
              0721    FSER IMAGING             18,786.00
              0781    FREE STANDING ER          1,958.00

                    REVENUE CHARGE SUMMARY
       REV CD DESCRIPTION           BILLABLE    NON-BILLABLE       TOTAL

       0259   PHARMACY OTHER            9.00         .00           9.00
       0320   DX X-RAY              2,406.00         .00       2,406.00
       0350   CT SCAN              10,920.00         .00      10,920.00
       0351   CT SCAN/HEAD          5,460.00         .00       5,460.00
       0450   EMERGENCY ROOM        1,958.00         .00       1,958.00


          TOTAL CHARGES:      20,753.00
          TOTAL PAYMENTS:           .00
          TOTAL ADJUST:            .00
```

01/19/2021

| User: ███████ | **Financial Transaction Listing** | |
|---|---|---|
| | By Entry Date | 10/08/2018 10:50 am |

Facility: 00476    ST LUCIE MEDICAL CENTER

Patient: **BURGESS JACKIE L**

| Facility | Acct Number | Entry Date | Trans Date | ProcCode | Type | Amount | Payer | Comment |
|---|---|---|---|---|---|---|---|---|
| 00476 | 74898690 | 09/12/2018 | 09/10/2018 | 596298 | 06 | $1,958.00 | | LVL 4 EMER DEPT |
| 00476 | 74898690 | 09/10/2018 | 09/10/2018 | 793172 | 06 | $1,203.00 | | XR TIBIA/FIBULA 2 V RT |
| 00476 | 74898690 | 09/10/2018 | 09/10/2018 | 793171 | 06 | $1,203.00 | | XR TIBIA/FIBULA 2 V LT |
| 00476 | 74898690 | 09/10/2018 | 09/10/2018 | 702900 | 06 | $5,460.00 | | CT HEAD/BRAIN W/O CONT |
| 00476 | 74898690 | 09/10/2018 | 09/10/2018 | 793057 | 06 | $5,460.00 | | CT L-SPINE W/O CONTRAST |
| 00476 | 74898690 | 09/10/2018 | 09/10/2018 | 793062 | 06 | $5,460.00 | | CT C-SPINE W/O CONTRAST |
| 00476 | 74898690 | 09/10/2018 | 09/10/2018 | 594506 | 06 | $9.00 | | HYDROCO/APAP 5/325MG TAB |

Account Total: $20,753.00

Facility Total for 00476 = ST LUCIE MEDICAL CENTER    $20,753.00

Report Total: $20,753.00

- CONFIDENTIAL -

This is the balance owing
as of today's date and may
not reflect all payments
and/or adjustments to the account

01/19/2021

**Premier Wellness Centers**
**10050 SW Innovation Way Suite 201**
**Port St Lucie, FL 34987-2117**
**Phone: 772-879-8700   Fax: 772-879-8710**

## Charge Details

**Burgess, Jackie**

Home: ▮▮▮▮▮▮

Work:

Account: ▮▮▮▮▮▮

| Date | Code | Description | Amount | Allowed | Pri Paid | Sec Paid | Write Off | Disp | Ins Owes | Pat Owes |
|------|------|-------------|--------|---------|----------|----------|-----------|------|----------|----------|
| 09/14/18 | 99203 | NP Detailed | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $0.00 |
| 09/14/18 | 72100 | Lumbosacral - AP/Lat. | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $250.00 | $0.00 |
| 09/14/18 | 97010 | Hot/cold | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50.00 | $0.00 |
| 09/14/18 | 97014 | Elec. Stimulation- 9 | $60.00 | $60.00 | $0.00 | $0.00 | $0.00 | $0.00 | $60.00 | $0.00 |
| 09/14/18 | A4556 | EMS Electrodes | $20.00 | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 |

**Report Grand Totals**

| | | | $680.00 | $680.00 | $0.00 | $0.00 | $0.00 | $0.00 | $680.00 | $0.00 |
|--|--|--|---------|---------|-------|-------|-------|-------|---------|-------|

01/19/2021

## Patient Ledger                                    12/16/2019 12:48 PM

| Practice : | UNIVERSITY ORTHOPEDIC CARE | Phone : | |
|---|---|---|---|
| Address : | | Fax : | |
| | | NPI : | 1831611516 |

### Patient Demographics

| Name : | BURGESS, JACKIE [4282] | DOB : | |
|---|---|---|---|
| Address : | | Home Phone : | |
| | | Cell Phone : | |
| | | Email : | |
| Provider : | | Employer : | |

| Insurance | Role | Insured | Relationship | Policy | Group No |
|---|---|---|---|---|---|
| LAW OFFICE [3471] | Primary | BURGESS, JACKIE | Self | 0 | --- |

| Guarantor | Address |
|---|---|
| BURGESS, JACKIE[4290] | 2026 SW PROBID PL, PORT SAINT LUCIE FL, 34953 |

### Aging

| Insurance | 0-30 | 31-60 | 61-90 | 91-120 | 121+ | TOTAL BALANCE |
|---|---|---|---|---|---|---|
| TREASURE COAST LEGAL [1303] | ... | ... | ... | ... | ... | ... |
| LAW OFFICES OF CRAIG GOLDENFARB, P.A. [3471] | ... | ... | ... | ... | 1,900.00 | 1,900.00 |
| **GRAND TOTAL** | ... | ... | ... | ... | **1,900.00** | **1,900.00** |

### Encounter History

Diagnosis:   [M54.16, M54.5, M96.1]

| Encounter | Line | DOS | Procedure | Charge | Adjusted | Ins Paid | Pat Paid | Col Paid | Balance | Col Bal |
|---|---|---|---|---|---|---|---|---|---|---|
| 8921 | 1 | 09/20/2018 | Office out [99204] | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 | 0.00 |
| Diagnosis: | | M54.5  M54.16  M96.1 | | | | | | | | |
| 10210 | 1 | 10/18/2018 | Office out [99215] | 650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 650.00 | 0.00 |
| Diagnosis: | | M54.5  M54.16  M96.1 | | | | | | | | |
| 21119 | 1 | 06/08/2019 | Office out [99214] | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 |
| Diagnosis: | | M54.5  M54.16  M96.1 | | | | | | | | |

| Patient Totals | Charges | Adjustments | Insurance Payments | Patient Payments | Collections Payments | Balance | Collections Balance |
|---|---|---|---|---|---|---|---|
| TOTAL | 1,900.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,900.00 | 0.00 |

2021011800131373

01/19/2021

## Patient Ledger
BURGESS, JACKIE

THE IMAGING CENTERS
Corporate Office:
2450 Metrocentre Blvd.
West Palm Beach, FL 33407
(561) 684-9020

BURGESS, JACKIE



| Date | Code | Description | Provider | Amount | Running Bal |
|------|------|-------------|----------|--------|-------------|
| 09/21/2018 | 72158 | MRI LUMBAR WITH & WITHOUT CONTRAST | | 2300.00 | 2,300.00 |
| | | | | | 2,300.00 |

09/25/18 10:05 AM

1/1

01/19/2021

2021011800813

12/30/2018    04:29 PM PST    TO:17722836262  FROM:8135011011    Page:    3

PRIMARY

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 01/12

TREASURE COAST LEGAL
100 SW ALBANY AVE
SUITE 310
STUART, FL 34994

PICA

| | |
|---|---|
| 1. MEDICARE [ ] (Medicare #)  MEDICAID [ ] (Medicaid #)  TRICARE [ ] (ID#/DoD#)  CHAMPVA [ ] (Member ID#)  GROUP HEALTH PLAN [ ] (ID#)  FECA BLK LUNG [ ] (ID#)  OTHER [X] (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1)  G |
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial)  BURGESS, JACKIE | 3. PATIENT'S BIRTH DATE  MM DD YY   SEX  F [X] |
|  | 4. INSURED'S NAME (Last Name, First Name, Middle Initial)  BURGESS, JACKIE |
| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED  Self [X] Spouse [ ] Child [ ] Other [ ] |
|  | 7. INSURED'S ADDRESS (No., Street) |
| CITY                STATE | 8. RESERVED FOR NUCC USE |  |
| ZIP CODE   TELEPHONE (Include Area Code) |  | ZIP CODE   TELEPHONE (Include Area Code) |
| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS)  [ ] YES [X] NO | a. INSURED'S DATE OF BIRTH  MM DD YY   SEX  M [ ] F [X] |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT?  [X] YES [ ] NO   PLACE (State) [FL] | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT?  [ ] YES [X] NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  [ ] YES [X] NO   If yes, complete items 9, 9a, and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE  09/20/2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY  09 10 18   QUAL. 431 | 15. OTHER DATE  QUAL.   MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM DD YY   MM DD YY  FROM        TO |
| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a.  17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM DD YY   MM DD YY  FROM        TO |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) |  | 20. OUTSIDE LAB?  [ ] YES [X] NO   $ CHARGES |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. [0]

| A. LM545 | B. LM5416 | C. LM261 | D. |
| E. | F. | G. | H. |
| I. | J. | K. | L. |

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE  From      To  MM DD YY  MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances)  CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 13 18 | 11 13 18 | 11 | 99214 | 25 | ABC | 500 00 | 1.0 | NPI | 1780801308 |
| 2 | 11 13 18 | 11 13 18 | 11 | 64493 | 50 | ABC | 376 00 | 1.0 | NPI | 1780801308 |
| 3 | 11 13 18 | 11 13 18 | 11 | Q9966 | | ABC | 20 00 | 1.0 | NPI | 1780801308 |
| 4 | 11 13 18 | 11 13 18 | 11 | A4550 | | ABC | 225 00 | 1.0 | NPI | 1780801308 |
| 5 | 11 13 18 | 11 13 18 | 11 | 77003 | 26 | ABC | 204 00 | 1.0 | NPI | 1780801308 |
| 6 | 11 13 18 | 11 13 18 | 11 | 27096 | | ABC | 349 00 | 1.0 | NPI | 1780801308 |

| 25. FEDERAL TAX I.D. NUMBER   SSN [ ] EIN [X]  82-2151133 | 26. PATIENT'S ACCOUNT NO.  4282E10812 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  [X] YES [ ] NO | 28. TOTAL CHARGE  $ 1674 00 | 29. AMOUNT PAID  $ | 30. Rsvd for NUCC Use  $ |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

DR. ANGEL J RIGUERAS  DO

SIGNED  11/20/2018    DATE

32. SERVICE FACILITY LOCATION INFORMATION
UNIVERSITY ORTHOPEDIC CARE
1620 S. CONGRESS AVENUE
PALM SPRINGS, FL 334612128
a. 1831611516    b.

33. BILLING PROVIDER INFO & PH #  (810) 877-7370
UNIVERSITY ORTHOPEDIC CARE
3881 SOUTH NOVA RD
Port Orange, Fl 321278358
a.    b.

NUCC Instruction Manual available at www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)

01/19/2021

12/30/2018    04:29 PM PST    TO:17722836262    FROM:8135011011    Page:    2

PRIMARY

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 01/12

TREASURE COAST LEGAL
100 SW ALBANY AVE
SUITE 310
STUART, FL 34994

PICA

| | | | |
|---|---|---|---|
| 1. MEDICARE ☐ MEDICAID ☐ TRICARE ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☒ | | 1a. INSURED'S I.D. NUMBER (For Program In Item 1) 0 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
BURGESS, JACKIE

3. PATIENT'S BIRTH DATE  SEX  M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
BURGESS, JACKIE

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS) ☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH  SEX  M ☐ F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? ☒ YES ☐ NO  PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? ☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE  DATE 09/20/2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  09 10 18  431

15. OTHER DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? ☐ YES ☒ NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below 24E)  ICD Ind. 0
A. LM545  B. LM5916  C. LM961  D.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 11 13 18  11 13 18 | 11 | | J3301 | ABC | 66.00 | 2 0 | | NPI | 1780801308 |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN ☐ EIN ☒
82-2151133

26. PATIENT'S ACCOUNT NO.
4282E10212

27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO

28. TOTAL CHARGE $ 66.00

29. AMOUNT PAID $

30. Rsvd for NUCC Use $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DR. ANGEL J RIGUERAS  DO
SIGNED  11/20/2018  DATE

32. SERVICE FACILITY LOCATION INFORMATION
UNIVERSITY ORTHOPEDIC CARE
1620 S. CONGRESS AVENUE
PALM SPRINGS, FL 334612128
1831611514

33. BILLING PROVIDER INFO & PH #  (810) 877-7370
UNIVERSITY ORTHOPEDIC CARE
3881 SOUTH NOVA RD
Port Orange, Fl 321278358
1831611514

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)

CARRIER   PATIENT AND INSURED INFORMATION   PHYSICIAN OR SUPPLIER INFORMATION

01/19/2021

PLYMALE, SHAUN ATTY
100 SW ALBANY AVE STE 310
STUART FL 34994

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**CARRIER**

PICA ☐☐☐ | PICA ☐☐☐

**1. MEDICARE** (Medicare#) ☐ **MEDICAID** (Medicaid#) ☐ **TRICARE** (ID#/DoD#) ☐ **CHAMPVA** (Member ID#) ☐ **GROUP HEALTH PLAN** (ID#) ☐ **FECA BLK LUNG** (ID#) ☐ **OTHER** (ID#) ☒ | **1a. INSURED'S I.D. NUMBER** (For Program in Item 1) ████

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
BURGESS JACKIE

**3. PATIENT'S BIRTH DATE** MM DD YY ████  **SEX** M ☒ F ☐

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
BURGESS JACKIE

**5. PATIENT'S ADDRESS** (No., Street)
████

**6. PATIENT RELATIONSHIP TO INSURED** Self ☐ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS** (No., Street)
████

**8. RESERVED FOR NUCC USE**

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous) YES ☐ NO ☒

**a. INSURED'S DATE OF BIRTH** MM DD YY ████ **SEX** M ☒ F ☐

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES ☐ NO ☒ **PLACE (State)**

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES ☒ NO ☐

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES ☐ NO ☒ If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE 10/22/2018

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM DD YY 09 10 18 QUAL. 431

**15. OTHER DATE** MM DD YY QUAL. 439 09 10 18

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
DN SAMUEL POPINCHALK
17a.
17b. NPI 1306072129

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?** YES ☐ NO ☐ **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   ICD Ind. 0

A. M54.5   B. M54.16   C. W19.XXXA   D.
E.   F.   G.   H.
I.   J.   K.   L.

**22. RESUBMISSION CODE**   **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1  10 22 18 | 10 22 18 | 11 | | 72114 | | ABC | 164 36 | 1 | | NPI | |
| 2  10 22 18 | 10 22 18 | 11 | | 72131 | | AC | 740 95 | 1 | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

IF THIS CLAIM HAS NOT BEEN COMPLETED CORRECTLY, PLEASE NOTIFY US IMMEDIATE

ACR Accredited

**25. FEDERAL TAX I.D. NUMBER** 203131763   SSN ☐ EIN ☒

**26. PATIENT'S ACCOUNT NO.** 445919

**27. ACCEPT ASSIGNMENT?** YES ☒ NO ☐

**28. TOTAL CHARGE** $ 905 31

**29. AMOUNT PAID** $ 0 00

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNATURE ON FILE   DATE 10 30 18

**32. SERVICE FACILITY LOCATION INFORMATION**
ADVANCED DIAGNOSTIC RESOURCES,
500 UNIVERSITY BLVD STE 107 & 1
JUPITER FL 334582774
a.   b. 0BHCC7308

**33. BILLING PROVIDER INFO & PH #** (561) 775 6600
ADVANCED DIAGNOSTIC RESOURCES, LLC
500 UNIVERSITY BLVD SUITE 107 & 114
JUPITER FL 33458
a. 1598845778   b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   CR061657   APPROVED OMB-0938-1197 FORM 1500 (02-12)

**PHYSICIAN OR SUPPLIER INFORMATION**

**PATIENT AND INSURED INFORMATION**



PLYMALE, SHAUN ATTY
100 SW ALBANY AVE STE 310
STUART FL 34994

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CARRIER

PICA | | | | | | PICA

1. MEDICARE ☐ (Medicare#)   MEDICAID ☐ (Medicaid#)   TRICARE ☐ (ID#/DoD#)   CHAMPVA ☐ (Member ID#)   GROUP HEALTH PLAN ☐ (ID#)   FECA BLK LUNG ☐ (ID#)   OTHER ☐ (ID#)

1a. INSURED'S I.D. NUMBER ███████ (For Program in item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
BURGESS JACKIE

3. PATIENT'S BIRTH DATE    SEX M ☒ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
BURGESS JACKIE

5. PATIENT'S ADDRESS (No., Street) ███████

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☒ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street) ███████

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) ███████

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER ███████

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES ☐ NO ☒

a. INSURED'S DATE OF BIRTH ███████ SEX M ☐ F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES ☐ NO ☒ PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES ☒ NO ☐

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐ NO ☒ If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE    DATE 9/21/18

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 09 10 18   QUAL. 431

15. OTHER DATE QUAL. 439   MM 09 DD 10 YY 18

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN SAMUEL POPINCHALK
17a.
17b. NPI 1306072129

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES ☐ NO ☐   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E)   ICD Ind. 0

A. M54.16   B. W19.XXXA   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1   09 21 18 | 09 21 18 | 11 | | 72158 | AB | 2300 00 | 1 | | NPI | |
| 2 | | | | | | | | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN ☐ EIN ☒
421581519

26. PATIENT'S ACCOUNT NO.
445919

27. ACCEPT ASSIGNMENT? YES ☒ NO ☐

28. TOTAL CHARGE $ 2300 00

29. AMOUNT PAID $ 0.00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE
SIGNED   DATE 09 25 18

32. SERVICE FACILITY LOCATION INFORMATION
ADVANCED DIAGNOSTIC GROUP PORT
7041 SOUTH US HWY 1
PORT SAINT LUCIE FL 34952
a.   b. 0BHCC11337

33. BILLING PROVIDER INFO & PH # (813) 514 2700
IMAGING CENTER OF W PALM BEACH LLC
PO BOX 628713
ORLANDO FL 32862-8713
a. 1578069100   b.

NUCC Instruction Manual available at: www.nucc.org

PLEASE PRINT OR TYPE

CR061657   APPROVED OMB-0938-1197 FORM 1500 (02-12)

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

01/19/2021

Case 2:22-cv-14074-KMM   Document 1-5   Entered on FLSD Docket 02/23/2022   Page 14 of 24

11/18/2019 11:17 AM

Page 1

## Account Financial History By Service Date
### Stuart B. Krost, M.D., P.A.

**Selections:**

Service Dates:    11/08/2004 - 11/18/2019

Accounts:

Activity Types:    Charges, Payments, Adjustments, Transfers, Refunds

**Type Date Legend:**

Charges - Service Date, Credits - Post Date

**Account**

| Date | Type | Name / Description | | Provider | Proc Code | | Ref Date | Diagnosis | Units | Amount |
|------|------|------|---|----------|-----------|---|----------|-----------|-------|--------|
| **672726** | **BURGESS, JACKIE SR** | | | | | | | | | |
| 10/02/2018 | CHG | BURGESS, JACKIE SR | | SK | 99070. | 90 TRAMADOL | 10/02/2018 | M54.5 | 90.00 | 143.10 |
| 10/02/2018 | CHG | BURGESS, JACKIE SR | | SK | 99070 | CYCLOBENZAPRINE HCL 10 MG # 30 | 10/02/2018 | M54.5 | 30.00 | 39.60 |
| 10/02/2018 | CHG | BURGESS, JACKIE SR | | SK | ...99070 | MELOXICAM 7.5 MG # 60 | 10/02/2018 | M54.5 | 1.00 | 194.49 |
| 10/02/2018 | CHG | BURGESS, JACKIE SR | | SK | 99205 | NEW PATIENT LEVEL 5 | 10/02/2018 | M54.5 | 1.00 | 550.00 |
| 10/30/2018 | CHG | BURGESS, JACKIE SR | | SK | 99215 | EOV LEVEL 5 | 10/30/2018 | M54.5 | 1.00 | 200.00 |
| 10/30/2018 | CHG | BURGESS, JACKIE SR | | SK | ..99070 | CYCLOBENZAPRINE HCL 10 MG # 30 | 10/30/2018 | M54.5 | 30.00 | 39.60 |
| 10/30/2018 | CHG | BURGESS, JACKIE SR | | SK | ...99070 | MELOXICAM 7.5 MG # 60 | 10/30/2018 | M54.5 | 60.00 | 194.49 |
| 10/30/2018 | CHG | BURGESS, JACKIE SR | | SK | 99070. | 90 TRAMADOL | 10/30/2018 | M54.5 | 90.00 | 143.10 |

Account Totals:   PMT:   0.00   RFD:   0.00   XFR:   0.00   ADJ:   0.00   CHG:   1,504.38   1,504.38

Report Totals:   PMT:   0.00   RFD:   0.00   XFR:   0.00   ADJ:   0.00   CHG:   1,504.38   1,504.38

SHERBAN SPINE INSTITUTE, PA
2842 SE FEDERAL HWY
STUART, FL 34994

PLEASE SELECT THE CHECK BOX INDICATING PAYMENT METHOD

| ACCOUNT # | STATEMENT DATE | DUE UPON RECEIPT | SHOW AMOUNT PAID |
|---|---|---|---|
| | 09/23/2019 | $92,550.02 | |

BURGESS, JACKIE
C/O GOLDENFARB, CRAIG
1800 AUSTRALIAN AVE
STE 400
WEST PALM BEACH, FL 33409

SHERBAN SPINE INSTITUTE, PA
2842 SE FEDERAL HWY
STUART, FL 34994

| ACCOUNT # | CHART # | PATIENT NAME | STATEMENT DATE | CASE | DUE UPON RECEIPT |
|---|---|---|---|---|---|
| | | BURGESS, JACKIE | 09/23/2019 | SLIP & FALL 9/10/18 | |

| DATE | DESCRIPTION | | CHARGES | PATIENT PAYMENTS | ADJ. | INSURANCE PAYMENTS | PENDING INSURANCE | PATIENT BALANCE |
|---|---|---|---|---|---|---|---|---|
| 09/13/19-0 9/13/19 | 99024 POSTOP FOLLOW-UP VISIT DIAGNOSIS: M51.26 M43.16 Provider: Sherban, Ross YOUR BALANCE | (Units 1 * 0.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 0.00 |
| 08/23/19-0 8/23/19 | 63047 REMOVE SPINE LAMINA 1 LMBR DIAGNOSIS: M51.26 M54.16 M48.061 M43.16 | (Units 1 * 14673.48) | 14673.48 | 0.00 | 0.00 | 0.00 | 0.00 | 14673.48 |
| 08/23/19-0 8/23/19 | 63048 REMOVE SPINAL LAMINA ADD-ON DIAGNOSIS: M51.26 M54.16 M48.061 M43.16 MODIFIERS: 51 | (Units 1 * 2871.72) | 2871.72 | 0.00 | 0.00 | 0.00 | 0.00 | 2871.72 |
| 08/23/19-0 8/23/19 | 64714 REVISE LOW BACK NERVE(S) DIAGNOSIS: M51.26 M54.16 M48.061 M43.16 | (Units 1 * 8978.16) | 8978.16 | 0.00 | 0.00 | 0.00 | 0.00 | 8978.16 |
| 08/23/19-0 8/23/19 | 63056 DECOMPRESS SPINAL CORD LMBR DIAGNOSIS: M51.26 M54.16 M48.061 M43.16 MODIFIERS: 59 | (Units 1 * 19882.80) | 19882.80 | 0.00 | 0.00 | 0.00 | 0.00 | 19882.80 |
| 08/23/19-0 8/23/19 | 22612 LUMBAR SPINE FUSION DIAGNOSIS: M51.26 M54.16 M48.061 M43.16 MODIFIERS: 59 | (Units 1 * 21002.16) | 21002.16 | 0.00 | 0.00 | 0.00 | 0.00 | 21002.16 |
| 08/23/19-0 8/23/19 | 20930 SP BONE ALGRFT MORSEL ADD-ON DIAGNOSIS: M51.26 M54.16 M48.061 M43.16 MODIFIERS: 58 | (Units 1 * 2000.00) | 2000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2000.00 |
| 08/23/19-0 8/23/19 | 20936 SP BONE AGRFT LOCAL ADD-ON DIAGNOSIS: M51.26 M54.16 M48.061 M43.16 | (Units 1 * 2000.00) | 2000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2000.00 |
| 08/23/19-0 8/23/19 | 64483 INJ FORAMEN EPIDURAL L/S DIAGNOSIS: M51.26 M54.16 M48.061 M43.16 MODIFIERS: 59 | (Units 1 * 5000.00) | 5000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5000.00 |
| 08/23/19-0 8/23/19 | 69990 MICROSURGERY ADD-ON DIAGNOSIS: M51.26 M54.16 M48.061 M43.16 MODIFIERS: 59 | (Units 1 * 2809.84) | 2809.84 | 0.00 | 0.00 | 0.00 | 0.00 | 2809.84 |
| 08/23/19-0 8/23/19 | 76000 FLUOROSCOPY <1 HR PHYS/QHP DIAGNOSIS: M51.26 M54.16 M48.061 M43.16 | (Units 1.5 * 800.00) | 1200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1200.00 |

| DATE | DESCRIPTION | | CHARGES | PATIENT PAYMENTS | ADJ. | INSURANCE PAYMENTS | PENDING INSURANCE | PATIENT BALANCE |
|---|---|---|---|---|---|---|---|---|
| | MODIFIERS: 26 | | | | | | | |
| 08/23/19 | Encounter Miscellaneous Charges: | | 10936.86 | 0.00 | 0.00 | 0.00 | 0.00 | 10936.86 |
| | SFA: | (Units 1* 10936.86) 10936.86 | | | | | | |
| | Provider: Sherban, Ross | | | | | | | |
| | YOUR BALANCE | | | | | | | 91355.02 |
| 07/18/19-0 7/18/19 | 99205 OFFICE/OUTPATIENT VISIT NEW DIAGNOSIS:  M51.26 M43.16 | (Units 1 * 1195.00) | 1195.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1195.00 |
| | Provider: Sherban, Ross | | | | | | | |
| | YOUR BALANCE | | | | | | | 1195.00 |
| | **Total** | | 92550.02 | 0.00 | 0.00 | 0.00 | 0.00 | 92550.02 |

| MESSAGES |
|---|
| PLEASE CALL WITH ANY BILLING QUESTIONS |
| MONDAY - FRIDAY 9 AM - 5 PM |
| ASK FOR BETTY GATES (561) 225-1867 |

**BALANCE DUE UPON RECEIPT**      **$ 92,550.02**

**AVAILABLE PATIENT FUND**

### AGING INFORMATION

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | > 120 |
|---|---|---|---|---|
| $91,355.02 | $1,195.00 | $0.00 | $0.00 | $0.00 |

PLEASE DETACH AND RETURN THE TOP PORTION WITH YOUR PAYMENT

**MedFlorida** *XPRESS*
Medical Centers / URGENT CARE
**MedFlorida**
Specialists
PO BOX 69
JUPITER, FL 33468-0001

For all billing questions, call: 561-406-6064
Fax: 561-406-6073
To make a payment online, please visit our portal at
MedFlorida.com or xpressfl.com

| IF PAYING BY VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS, FILL OUT BELOW |
|---|
| ☐ VISA   ☐ MASTI   iD☐   ☐ DISCOVER   ☐ AMER.EXP. |
| CARD NUMBER |
| EXP. DATE        AMOUNT |
| SIGNATURE |
| MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| 06-30-2020 | 1043.00 | 77177 |

CHARGES AND CREDITS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT.

SHOW AMOUNT PAID HERE   $

███ MAKE CHECKS PAYABLE / REMIT TO: ███

LAW OFFICES OF CRAIG GOLDENFARB
1800 S AUSTRALIAN AVE
STE 400
WEST PALM BEACH FL   33409-6450

0052 002387

MedFlorida / Xpress Urgent Care
PO BOX 69
JUPITER, FL 33468-0001

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT IN ENCLOSED ENVELOPE

| Date | Description | Charge | Pmt/Adj | Balance |
|---|---|---|---|---|
| 07-29-2019 | **Patient: Jackie Burgess, Account Num:** ███ | | | |
| 07-29-2019 | **Claim:416212, Provider: ALESSANDRA WILLIAMSON, APRN** | | | |
| 07-29-2019 | Facility: XPRESS URGENT CARE PSL | | | |
| 07-29-2019 | 81003 UA URINALYSIS RAPID INHOUSE TEST | 50.00 | | |
| 07-29-2019 | 93000 EKG ELECTROCARDIOGRAM, 12 LEAD | 85.00 | | |
| 07-29-2019 | 71046 UC X-Ray : Chest 2 Views | 128.00 | | |
| 07-29-2019 | 99204 Office Visit, New Pt., Level 4 | 700.00 | | |
| 07-29-2019 | 85027 CBC (H/H, RBC, INDICES,WBC, PLT) | 10.00 | | |
| 07-29-2019 | 80053 CMP COMPREHEN METABOLIC PANEL 14 | 10.00 | | |
| 07-29-2019 | 83036 HEMOGLOBIN A1C TEST | 10.00 | | |
| 07-29-2019 | 85610 PROTHROMBIN TIME | 40.00 | | |
| 07-29-2019 | 85730 PTT, ACTIVATED | 10.00 | | |
| 07-29-2019 | Your Balance Due On These Services ... | | | 1043.00 |

| | Now Due |
|---|---|
| | $1043.00 |

**MEDFLORIDA**
**For all billing questions, call: 561-406-6064**
**Fax: 561-406-6073**



1 of 1

**STATEMENT**
SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

158559—13

01/19/2021



Do not use ac... below:
P.O. Box 7306
Hollister, MO 65673-7306

**Laboratory Invoice**
For services not ...ded in your physician's bill

Page 1 of 1

| Invoice Date: | Amount Due: | Due Date: |
|---|---|---|
| Sep. 12, 2019 | $298.56 | UPON RECEIPT |

Invoice Number | Lab Code
TAM

AB 01 062488 67942 B 167 A
TAM 66007280 5284688  7070823424 1
CRAIG GOLDENFARB
1800 S AUSTRALIAN AVE
SUITE
WEST PALM BEACH, FL 33409-6519

Patient Name: JACKIE BURGESS
Responsible Party: CRAIG GOLDENFARB
Date of Service: July 29, 2019

**Lab Results and Diagnosis Questions Must Be Answered By Your Physician.**


**Customer Service**
LOG ON NOW at www.QuestDiagnostics.com/bill to conveniently pay your invoice, provide updated insurance information, or take a patient survey.


**Phone: 1-800-488-8890**
MON-TH 8:30AM-5:00PM;FRI 09:00 AM - 04:00 PM EST
Se Habla Espanoli!

**Laboratory Tests Were Requested By:**
Referring Physician: WILLIAMSON,ALESSANDRA
Physician Address: 672 SW PRIMA VISTA BLVD
PORT ST LUCIE, FL 34983

**Most Recent Insurance Claim Filed To:**
Insurance Name:
Insurance ID:
Group Number:

*Please have your invoice available for reference.*

**Payment for this invoice is now past due. Please make payment immediately or contact us to provide your insurance policy information if you have coverage for the date of service listed. Because payment was not received by the due date, we reserve the right to bill with any information we may have on file for you. Prompt payment is appreciated. Thank you for using our laboratory.**

| Date | CPT Code* | Test Description | Charge | Adjustment | Insurance Paid | Patient Paid | Patient Responsibility | Reason |
|---|---|---|---|---|---|---|---|---|
| 07/29/19 | 83036 | HEMOGLOBIN, GLYCOSYLATED | $74.25 | | | | | |
| 07/29/19 | 85730 | THROMBO TIME, PARTIAL | $51.74 | | | | | |
| 07/29/19 | 85025 | CBC, PLT, DIFF | $45.50 | | | | | |
| 07/29/19 | 85610 | PROTHROMBIN TIME | $39.00 | | | | | |
| 07/29/19 | 80053 | COMPREHEN METABOLIC PANEL | $88.07 | | | | | |

Tax ID: 38-2084239   ICD Codes: Z01.818 | | | $298.56 | $0.00 | $0.00 | $0.00 | $298.56 | |

Services Performed by: QUEST DIAGNOSTICS TAMPA TAMPA, FL
* The CPT codes provided are for information purposes only, and are based on AMA guidelines without regard to specific payer requirements

▲ Please fold and tear along perforation and remit with payment in the envelope provided. ▲



Lab Code: TAM

| Amount Due: | $298.56 |
|---|---|

Due Date: UPON RECEIPT   Invoice Number:

Patient Name: JACKIE BURGESS

**Amount Enclosed:** $

*If you received an explanation of benefits showing your responsibility is less than the amount shown on this bill, please pay the lesser amount. To fully resolve your invoice, please provide a copy of your explanation of benefits.*

LOG ON NOW, Pay your bill online securely at
WWW.QUESTDIAGNOSTICS.COM/BILLING
or call 1-800-488-8890.
QUEST DIAGNOSTICS also accepts:

  

**Please make checks payable to QUEST DIAGNOSTICS.**
Be sure to include invoice number on your check.

☐ Check here if address has changed.
Please provide your new address information on the back.
Quest Diagnostics reserves the right to assign this receivable to any of its affiliates.

**MAIL PAYMENTS ONLY TO:**
QUEST DIAGNOSTICS
P.O. BOX 740781
CINCINNATI, OH 45274-0781

01TAM58017070823424000298564091223341910135890000007

01/19/2021

| | PLEASE SELECT THE CHECK BOX INDICATING PAYMENT METHOD |

SHERBAN SPINE INSTITUTE, PA
2842 SE FEDERAL HWY
STUART, FL 34994

| ACCOUNT # | STATEMENT DATE | DUE UPON RECEIPT | SHOW AMOUNT PAID |
|---|---|---|---|
| | 08/29/2019 | $3,250.00 | |

BURGESS, JACKIE
C/O GOLDENFARB, CRAIG
1800 AUSTRALIAN AVE
STE 400
WEST PALM BEACH, FL 33409

SHERBAN SPINE INSTITUTE, PA
2842 SE FEDERAL HWY
STUART, FL 34994

| ACCOUNT # | CHART # | PATIENT NAME | STATEMENT DATE | CASE | DUE UPON RECEIPT |
|---|---|---|---|---|---|
| | | BURGESS, JACKIE | 08/29/2019 | ANESTHESIA /S&F 9/10/18 | |

| DATE | DESCRIPTION | CHARGES | PATIENT PAYMENTS | ADJ. | INSURANCE PAYMENTS | PENDING INSURANCE | PATIENT BALANCE |
|---|---|---|---|---|---|---|---|
| 08/23/19-0 8/23/19 | 00630 ANESTH SPINE CORD SURGERY (Units 6.5 * 500.00) DIAGNOSIS: M51.26 M54.16 M48.061 M43.16 MODIFIERS: QX P1 | 3250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3250.00 |
| | Provider: SHERBAN SPINE INST (ANESTHESIA) | | | | | | |
| | YOUR BALANCE | | | | | | 3250.00 |
| | Total | 3250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3250.00 |

**MESSAGES**

PLEASE CALL WITH ANY BILLING QUESTIONS

MONDAY - FRIDAY 9 AM - 5 PM

ASK FOR BETTY GATES (561) 225-1867

BALANCE DUE UPON RECEIPT    $ 3,250.00

AVAILABLE PATIENT FUND

**AGING INFORMATION**

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | > 120 |
|---|---|---|---|---|
| $3,250.00 | $0.00 | $0.00 | $0.00 | $0.00 |

PLEASE DETACH AND RETURN THE TOP PORTION WITH YOUR PAYMENT

01/19/2021

## 5608 - Lake Worth Surgical Center

PO BOX 636665
CINCINNATI, OH 452636665

Phone: 866-631-7890

### Visit Charge Detail

*Date of Service: 8/23/2019*

Date: October 20, 2020

Patient: Burgess  Sr, Jackie Lee

*Account Title: Burgess, Jackie*

### Visit Information
**Procedure(s)**  Lumbar L4-5 Decompression with In Situ Fusion Under Fluoroscopy

**Performing Physician(s):**  Sherban, Ross

### Charge Information

| Billing Code(s) | | Charge Description | Modifiers | Proc | Billed Amt |
|---|---|---|---|---|---|
| 63047 | 63047 | Laminectomy, facetectomy and foraminotomy | | | $30,000.00 |
| 63048 | 63048 | Laminectomy, facetectomy and foraminotomy | | | $12,857.14 |
| 64714 | 64714 | NEURP MAJOR PRPH NRV OPN ARM/LEG | | | $3,745.00 |
| 22612 | 22612 | Arthrodesis, posterior or posterolateral technique, | | | $23,915.00 |
| 20930 | 20930 | Allograft for spine surgery only; morselized | | | $6,000.00 |
| 20936 | 20936 | Autograft for spine surgery only (includes | | | $2,520.00 |
| 99070 | 99070 | Supplies and materials (except spectacles), | | | $4,974.81 |
| Diagnosis Codes: | | M51.16, M48.061, M43.16 | | Total Billed Charges: | $84,011.95 |

### Transaction History

| Tx Date | Description | Tx Amt | Running |
|---|---|---|---|
| 8/28/2019 | 1 – Primary Billing | $84,011.95 | $84,011.95 |
| | | Balance Due: | $84,011.95 |

# Invoice

Sierra Surgical
19755 Paddlewheel Lane
Reno, NV 89521
Phone (775) 742-1614
Fax (775) 849-0183

| Date | Invoice # |
|------|-----------|
| 9/16/2019 | 14812 |

**Bill To**

Jackie Burgess
c/o Law Office of Craig Goldenfarb, P.A.
1800 South Australian Ave, Suite 400
West Palm Beach, FL 33409

| P.O. Number | Date of Service | Physician | Office | Terms |
|-------------|-----------------|-----------|--------|-------|
| 14812 | 08/23/19 | Dr Sherban | LWSC | Consignment |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | 20026 | DVT Compression Sleeves 2 @ 250 each<br>Patient Name: Jackie Burgess | 500.00 | 500.00 |
| | | In the event this case settles and Sierra Surgical is not notified and paid, we reserve the right to pursue collection of this invoice. All costs of collection including attorney's fees and court costs in all trial and appellate courts shall be added to the amount due. Venue for such proceeding shall be in Broward County, Florida, State | | |

Thank you for your business.

| **Total** | $500.00 |
|-----------|---------|

GA

LAW OFFICES OF
# CRAIG GOLDENFARB, P.A.
PERSONAL INJURY · WRONGFUL DEATH · NURSING HOME ABUSE

**ATTORNEYS:**
CARL J. WALD, ESQUIRE
CRAIG M. GOLDENFARB, ESQUIRE
DONALD W. VOLLENDER, ESQUIRE
JEFFREY D. KIRBY, ESQUIRE
JORGE L. MAXION, ESQUIRE
MARISA E. ZARZESKI, ESQUIRE
RAFAEL J. ROCA, ESQUIRE
SETH W. PACHTER, ESQUIRE
SPENCER T. KUVIN, ESQUIRE

1800 SOUTH AUSTRALIAN AVE.
SUITE 400
WEST PALM BEACH, FLORIDA 33409

TOLL FREE: 1-800-GOLD-LAW
TELEPHONE: 561-697-4440
FACSIMILE: 561-687-1950
www.800GOLDLAW.COM

**LAW OFFICE ADMINISTRATOR:**
MICHELLE H. WINFREE
**MARKETING DIRECTOR:**
TOM COPELAND
**CLIENT RELATIONS MANAGER:**
CASEY SMITH

January 4, 2021

*VIA CERTIFIED MAIL/RRR # 9489 0090 0027 6281 0301 69*
*VIA EMAIL: Sharmere.Ayen@cmiw.com*
Claims Management Inc.
P.O. Box 14731
Lexington, KY 40751
**Attn: Shamere Ayen**

Re:  Claim Number         :    8567454
      Your Insured         :    Walmart Stores Inc./ Sam's Club
      Date of Loss         :    9/10/2018
      Our Client           :    Jackie Burgess
      Our File Number      :    006671

Dear Ms. Ayen:

Please consider this letter an opportunity to settle the pending claim against Sam's Club, from the very real possibility of an excess verdict in the pending claim of my client, Jackie Burgess.

As you are aware, on the date of loss indicated, my client was near the exit of the Sam's Club store located at 1750 SW Gatlin Boulevard in Port St. Lucie, Florida. As he exited the store, he slipped and violently fell on a large puddle of water.

**Liability is clear. The Defendant and/or their employees negligently allowed water to remain in a path of ingress and egress. The Defendant and/or their employees had a duty to maintain, clean, operate, and inspect all flooring specifically relating to a large puddle of water near the primary exit of the building. The Defendant and/or their employees carelessly and negligently maintained said premises in a dangerous condition and failed to maintain premises in a reasonably safe condition. In addition, the Defendant and/or their employees failed to warn my client by placing warning signs or cones in the area where he fell.**

01/19/2021

Claims Management Inc.
Claim Number: 8567454
Page 2

**Enclosed Medical Records and Bills:**

| Provider Name | Treatment Dates | Total Bills |
|---|---|---|
| Xpress Urgent Care | 7/29/2019-7/29/2019 | $1,043.00 |
| Quest Diagnostic | 7/29/2019-7/29/2019 | $298.56 |
| Dockyard Emergency Physicians | 9/10/2018-9/10/2018 | $1,977.00 |
| Sierra Surgical | 8/23/2019-8/23/2019 | $500.00 |
| St. Lucie Medical Center | 9/10/2018-9/10/2018 | $20,753.00 |
| Advanced Diagnostic Group | 9/21/2018-9/21/2018 | $3,205.31 |
| Lake Worth Surgical Center | 8/23/2019-8/23/2019 | $84,011.95 |
| Sherban Spine Institute, P.A. Anesthesia | 8/23/2019-8/23/2019 | $3,250.00 |
| Sherban Spine Institute, P.A. | 7/18//2019-9/13/2019 | $93,745.02 |
| Integrated Regional Laboratories | 9/10/2018-9/10/2018 | To be provided |
| Stuart B. Krost M.D. | 10/2/2018-10/30/2018 | $1,504.38 |
| Premier Wellness Center | 9/14/2018-9/14/2018 | $680.00 |
| South Florida Orthopedics & Sports Medicine | To be provided | To be provided |
| University Orthopedic Care | 9/20/2018-11/13/2018 | $3,640.00 |
| The Imaging Centers of West Palm Beach | 9/21/2018-9/21/2018 | $2,300.00 |

**Surgery Log:**

| Provider/Facility | Type of Surgery |
|---|---|
| Dr. Ross Sherban/ Sherban Spine Institute, P.A. | Lumbar L4-5 Decompression with in Stiu Fusion Performed at Lake Worth Surgical Center on 8/23/20219. |

**TOTAL MEDICAL BILLS: $216,908.22**

My client hereby demands that you pay **$1,000,000.00** as full and final settlement of this claim by thirty (30) days from the date of this letter, which is **Wednesday, February 3, 2021**.

Please understand that this settlement offer is intended to be an offer for a unilateral contract which will be accepted only by strict performance and not a promise to perform by your insurance company or substantial performance or partial performance by your insurance company, which will be treated as a counteroffer. In return for strict compliance with the above, my client will execute a general release in favor of your insurance company

01/19/2021

Claims Management Inc.
Claim Number: 8567454
Page 3

and/or your insured. Disbursement of the funds from my trust account may be conditioned upon the delivery of a general release in favor of your insurance company and/or your insured. This release may **not** be conditioned upon my client's executing any hold harmless or indemnity agreement in favor of your insurance company and/or your insured. This release also may **not** contain any confidentiality provisions of any type. Therefore, we will not accept a release which contains hold harmless or indemnity agreements, or confidentiality provision(s) because such a release would not be in strict compliance with our offer. My client will accept responsibility to satisfy all valid liens against the settlement funds out of the delivery of the settlement funds.

Your settlement draft should **be made payable to "The Trust Account of the Law Offices of Craig Goldenfarb, P.A.,"** and sent to my attention at my office. My law office's Federal Tax I.D. # is 54-2072707.

Please respond within the time frame indicated with the seriousness this matter requires. **This deadline indicated above will not be extended.**

If you require any additional information or documentation within the thirty days provided, please do not hesitate to contact my office.

Very truly yours,

/s/Marisa Zarzeski

Marisa E. Zarzeski, Esq.

Encls: as stated

cc: Jackie Burgess
GSAP/al

01/19/2021